# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **DONNA SIMMONS,** ) | |
| Plaintiff, ) | Civil Action No. 2:08cv00048 |
| ) | |
| v. ) | **FINAL JUDGMENT AND ORDER** |
| ) | |
| **MICHAEL J. ASTRUE**, ) | |
| **Commissioner of Social Security,** ) | By: GLEN M. WILLIAMS |
| Defendant. ) | SENIOR UNITED STATES DISTRICT JUDGE |

This case is before the court on cross motions for summary judgment. For the reasons detailed in the Memorandum Opinion accompanying this Order and entered this day, the Plaintiff's Motion for Summary Judgment is hereby **OVERRULED** and the Defendant's Motion for Summary Judgment is hereby **SUSTAINED**. Judgment is hereby entered in favor of the Defendant, and the Defendant's previous decision to deny benefits is **AFFIRMED**.

The Clerk is directed to enter this Order. The Clerk is also directed to send copies of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed that this case is to be stricken from the docket.

**ENTERED:** This 17th day of August 2009.

/s/ *Glen M. Williams*
SENIOR UNITED STATES DISTRICT JUDGE